IN THE UNITED STATES DISTRICT COURT

Oscar David Urrutia,
    Plaintiff,

v.

Deputy Finney County Attorney Cathleen Abell (in official)

Richard Marquez (Official and individual)  • Finney County Jail (official)
Finney County (individual & official)  • KBI (official)
Finney County Sheriff's Department (official) • Google (individual)
    Defendants

42 U.S.C. § 1983
28 U.S.C. § 1915(e)(1)   IN FORMA PAUPERIS

Comes Now, I, Oscar David Urrutia, and Prose' Movant of this Court for its order in the above Captioned Matters presents to the Courts as follows, and in Support THEREOF:

On December 30th, 2022, at approximately between the hours of 7pm and 9pm, I was detained on unrelated charges and processed into the Finney County Jail; At a later date an Warra for arrest was filed, and issued to me at the Finney County Jail, for charges that I possibly could not have Committed due to being Incarcerated.

Therefore, Exhibits A & B are Smoking Gun evidence of a Many Unlawful acts punishable by the RICO due that Finney County would be the hub to the Wheel of Conspiracy and Retaliation agains

Me; Simply because I was a Star witness in a Cold blooded Murder involving Sheriff Deputy Quint Many years ago; and Since then, making me a target and Strawman in the eyes of Finney County because of a Significant amount of Money lost.

Exhibit C, too is evidence of Defamation of Character and previous Court Corruption; and my purpose for naming Google ~~en~~ as a defendant, fits into exhibit C's defamation of Character and Invasion of privacy Under The Universial Declaration of Human Rights.

Due as Much, I am seeking all forms of Compensation because in accordance to the K.O.R.A., I am expected to register for 15 years Since approximately 2012, o 2013, when in actuality I was the True victim in Such Case (Exhibit C); yet again, the Strawman.
Furthermore, I Seek a presidential or Governmental pardon in all past Convictions, provided the Veracity in My Complaint - For I am the victim in all this. Video footage of Finney County Jail too will show Staff try to break my neck while restrained in numerous forms and is in KBI evidence; (video footage from 1/15/22).

Respectfully Submitted,

Oscar D. *[signature]*

## Certificate of Service

I, Oscar David Urrutia, hereby certify that a true and correct copy of the foregoing petition was mailed to the Clerk of the United States District Court to be processed and served

Respectfully Submitted

*/s/ Oscar D. Urrutia*